UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MARK NUTTER,<br><br>            Defendant. | CR12-294 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Defendant failed to appear for a pretrial bond revocation hearing and a bench warrant issued on November 26, 2012. Defendant was subsequently arrested on the warrant and first appeared before a judicial officer on April 29, 2015. The speedy trial expiration date is therefore July 8, 2015.  18 U.S.C. § 3161(k)(1).

(2)   Trial is hereby SET for July 6, 2015. Motions are due by May 26, 2015.

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of May, 2015.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1