UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK NUTTER,<br><br>　　　　　Defendant. | CR12-294Z<br><br>ORDER |

On May 14, 2015, a Status Hearing was held in the above-captioned case to consider the Defendant's unopposed motion to continue trial date, docket no. 37. The Government did not oppose the motion. The Court GRANTED the motion to continue at the hearing on the record and now enters this Order.

THE COURT NOW FINDS that pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(i)(ii), the ends of justice served by continuing the trial date from July 6, 2015 to July 20, 2015, outweigh the best interests of the public and the defendant in a speedy trial, in that, it has been demonstrated that additional time is necessary for counsel to review and analyze discovery materials, to effectively prepare

ORDER - 1

1  for trial, and to prepare the presentation of a defense; and defendant has filed a waiver of

2  Speedy Trial.

3      IT IS THEREFORE ORDERED THAT trial in this matter is continued from

4  July 6, 2015, until July 20, 2015 at 9:00 a.m.  The resulting period of delay from the

5  current trial date of July 6, 2015, up to and including July 20, 2015, is hereby excluded

6  for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

7      The pretrial motions deadline is extended until June 18, 2015.

8      Dated this 14th day of May, 2015.

*(signature)*

Thomas S. Zilly
United States District Judge

ORDER - 2